# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN NOTTINGHAM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL CITY BANK, et al., )<br>)<br>Defendants. ) | 1:06-cv-745-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 05/12/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648

Dockets.Justia.com