UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM,             )
                             )
            Plaintiff,       )
     v.                      )    1:06-cv-745-SEB-VSS
                             )
NATIONAL CITY BANK, et al.,  )
                             )
            Defendants.      )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 05/12/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648